UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6500 CHERRYWOOD LANE
ALEXANDER WILLIAMS, JR.　　　　　　　　　　　　　　　　　　　　　　GREENBELT, MD 20770
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　　　　　　(301) 344-0637
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (301) 344-0672

October 6, 2011

MEMO TO COUNSEL RE:　　　CARMEN C. HOLLIDAY
　　　　　　　　　　　　　v.
　　　　　　　　　　　　　JOHN R. HOLLIDAY, ET AL.
　　　　　　　　　　　　　(AW-09-1449)

Dear Counsel:

　　　　Pursuant to the telephonic conference with the Court today, the parties will proceed with the following schedule. The three day jury trial will commence on February 14, 2012 at 9:45 a.m. in the United States District Court for the District of Maryland, Southern Division, courtroom, 4A. The pre-trial conference will take place on January 13, 2012 at 9:00 a.m. The pre-trial order is due in chambers on January 6, 2012. Counsel is instructed to submit before or at the pre-trial conference proposed joint *voir dire*, joint jury instructions, verdict sheet and any motions in limine. The Southern Division is located at 6500 Cherrywood Lane, Greenbelt, Maryland.

　　　　Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Alexander Williams, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge